**24**

Aka Georges AYEMOU; Atteke Adolphe Ayemou; Kadjomou Raphael Ayemou; Nogbou Anatole Ayemou; Yacouba Ba; Ouattara Babala Doungasse Babem; Noaga Baboloum; Badiou Bado; Baguibdue Bado; Oumarou Badolo; Yacouba Badolo, Kwasi Badu; Diakite Bourlaye; Gourassa Boussim; Zaboure Hamadou Boussim; Adje Brou; Brou Roger Brou; Moussa Camara; Tiefini Camara Doumbia Chio; Issouf Compaore; Raogo Compaore; Rasmane Compaore; Souleymane Compaore; Tilagagnande Compaore Patende Congo; Wahabo Bagagnan; Adama Bagayogo; Koudougou Denis Bagre; Bah Albert Bah; Vanga Francois Baka; Ouattarra Bakari; Konate Bakary; Bagnon Dit Mathias Bako; Kayoure Issaka Balima; Bakary Ballo; Sidik Coulibaly; Silambo Da Brou Justin Dabire; Donbor Dabire; Milo Dabire; Adona Dabiri; Kounou Bernard Dadegnon; Moussa Dagnogo; Martin Emerite Dah; Craidy Antoine Daikri; Koffi Antoine Dainguy Kraidi Joseph Dainguy; Agustine Danquah; Kouassi Clement Dede; Guehi Martin Dehe; Djakaridja Dembele; Francois Balma Sy Lvain Balma; Gbeguele Bamba; Lacina Bamouni; Mahamoudou Bangre; Boulboure Banse; Hamidou Barry; Touni Baye; Bouilion Bayeli; Balele Bazie; Dramane Belem; Yacouba Dene; Kovao Albert Dgri; Karamoko Diabate; Mady Daibate; Bozan Diakite Mamadou Diakite; Bou Dramane Diallo; Alhassane Diallo Issoufou Diallo; Moctar Diallo; Tinbila Diallo; Ukiebie Dianou; Bakary Diar-

ra; Yaya Diarra; Bila Beogo; Boureima Bere; Milan Bile; Amangoua Moise Ble; Bah Emile Ble; Koffi Bohoussou; Houinsou Joanie Bokpe; Niamke Bommoa; Pierre Bonnin; Tanoh Bony; N'taye Raymond Bosson; Kindo Boubacou Koudaogo Boudau; Gueu Christophe Boueu; Hamado Bougma Saidou Bougma; and Kone Bourana, Plaintiffs—Appellees,

v.

AMVAC CHEMICAL CORPORATION,
a California corporation,
Defendant,

Shell Oil Company, a Delaware corporation; Dole Food Company, Inc., a Delaware corporation; DOLE Fresh Fruit Company, a Nevada corporation; Standard Fruit Co., a California corporation; Standard Fruit & Steamship Co., a Delaware corporation, Defendants,

and

DOW Chemical Company, a Delaware corporation, Defendant—
Appellant.

Aka Raymond Tanoh; Assye Eugene Tanoh; Otchoumou Jean Marie Tanoh; Tiraogopaul Taonsa; Issiaka Jean Pierre Tapsoba Noraogo Salfo Tarbagdo; Noaga Tarihidiga; Sonoyo Tidiane Berte Tiecoura; Traore Tiediougou; Kone Tiegbe; Noraogo Michel Tiendrebego; Zani Togola; Tomindreu Philippe Toman Ouambi Tonde; Lalle Tougouman; Abou Dramane Traore; Adame Traore; Arouna Traore; Boureima Traore; Daouda Traore; Issa Traore; Kalifa Traore; Lancine Traore; Salia Traore; Salifou Traore; Sekou Traore; Abdulai Umaru; Darius Kouassi Vangah Say Francis Vangah; Degui Vognin; Soumaila Wango; Fifou Jean Marie

Waongo; Tilado Waongo; Anibe Laurent Wogne; Ahimi Wognes; Anibe Maurice Wognin; Kouamenan Joesph Wognin Kraidy Emile Wognin; N'taye Wognin; Paul Wognin; Christophe Yama; Yemdaogo Yamma; Allefelix Yangra; Joseph Yangue N'taye Celestin Yao; Afori Yaw; Ouattara Ybroyman; Koudsi Yerbanga; Bigo Yoro; Karim Yougbare; Oued Ahmend Youssouf Idrissa Zabre; Lamoussa Zagre; Arzoura Augustin Zangre Bassirou Zare; Bokare Zeba; Mogtar Zeba; Pawendsagre Zembo Moumouni Zerbo; Sekou Mahamadou Zerbo; Yacouba Zerbo; Tanh Theophile Zian; Soulemane Zoanga; Mahamoudou Zogona Pamoussa Zogona; Lokre Zomodo; Boukare Zongo; Kagari Albert Zongo; Koudbi Zongo; Kouka Zongo; Koulibi Dit Jean Zongo Nobile Zongo; Patignma Zongo; Piregma Remi Zango; Tibo Zongo; Yaobgoamda Zongo; Boureima Zongona; Saidou Zongona Tapha Zoromi; Bila Issiaka Zougmore; Athanase Zougnore Tilado Zougnore; Ganoaga Adama Zougrana; Jean Marie Zougrana; Konate Zoumana; Ouamnanegba Zoundi; Passamwinde Zoundi, Plaintiffs—Appellees,

v.

AMVAC Chemical Corporation,
a California corporation,
Defendant,

Shell Oil Company, a Delaware corporation; Dole Food Company, Inc.; Dole Fresh Fruit Co., a Nevada corporation Standard Fruit & Steamship Co., a Delaware corporation Standard Fruit Co., a California corporation, Defendants,

and

The DOW Chemical Co., A Delaware corporation, Defendant—
Appellant.

26

Ahoulou Raphael Kangah; Kany Jacob Kany; Adama Karene Dembele Kassoum; Noraogo Kayende; Ganda Kayorgo; Issa Kayorgo; Mamadi Keita; Oumar Keita; Sibiri Keregue Somlouguia Keregue; Nogbou Jean Kidri; Noraogo Francois Kiema; Daouda Kinda; Mahama Kindo; Ouango Koalga; Ousseni Koanda; Saidou Dit Tinkienga Koanda; Kouassi Pierre Kocogni Abieley Kodia; Abli Jerome Koffi; Abri Firmin Koffi; Assamoi Koffi; Kacore Basile Koffi; N'guessan Fernand Koffi; Patrice Koffi; Yao Koffi; Nogbou Norbert Kohobo; Ayemou Francois Kokogni; Adiko Jean Marie Kokohi; Amani Etienne Konan N'goran Konan; Abdoulaye Konate; Bocary Konate; Diakaridia Konate; Dramane Konate; Idrissa Konate; Issa Konate; Kah Konate; Kassim Konate; Kotigui Konate; Mamadou Konate Moriba Konate; Moridje Konate; Souleymane Konate; Tiedian Konate; Tienakan Konate; Karawa Konda; Yamangole Konda Abdoulaye Kone; Adama Kone; Anadou Kone; Diaby Kone; Dramane Kone; I. Nza Kone; Issa Kone; Lassina Kone; Oumar Kone; Siaka Kone; Souleymane Kone; Soumaila Kone; Tiekoro Kone; Yaya Kone; Zakaria Kone; Issa Konkisre; Yetassida Konkobo Ibrahima Konta; Basga Korsaga; Kadjo Edmond Koua; Kouassi Edmond Koua; Opokou Denis Koua; Marc Kouadio; Atsain Peter Kouadjo; Koffi Hilaire Leon Kouakou; Kouame Kouame; Kouassi Kouame; Michel Kouame; Raymond Kouame; Ahimin Denis Kouamelan; Assemian Kouamelan; Antonin Kouassi; Ebia Paul Kouassi; Germain Ahou Kouassi; Nogbou Kouassi; Otron Seve Rin Kouassi; Yao Djess Kouassi; Sanga George Kouassy; Bawaya Kouda; Zambende Koudougou; Aka German Koumelan; Adama Kouraogo; Rasmane Kouraogo Soumane Kouraogo, Plaintiffs—Appellees,

v.

AMVAC Chemical Corporation, a California corporation, Defendant,

Shell Oil Company, a Delaware corporation; Dole Food Company, Inc., a Delaware corporation; Dole Fresh Fruit Company, a Nevada corporation; Standard Fruit Co., a California corporation; Standard Fruit & Steamship Co., a Delaware corporation, Defendants,

and

DOW Chemical Company, a Delaware corporation, Defendant—Appellant.

Akebo Abagninin; Amangoua Abli; Miessan Etienne Abli; Aba Abou; Yapo Pierre Aboua; Koffi Antoine Abri; Ampoh Adama Toure Abry; Haruna Abubakaray; Kroya Aca; Simplice Achiepo Avenie Adja; Behira Venance Adja; Naoule Adja; Wognin Barthelemy Adja; Anouman Vanance Adje; Aka Francois Adjobi Pascal Adjobi; Assmoi Lambert Adjoby; Assi Adon; Adja Bernard Adouko; Anibe Adouko; Kouassi Antonin Adouko; Michel Adoukok; Kouame Emile Agney; Kajo Daniel Ahicoh; Cheikh Ahmedould; Atche Ahoba; Baka Joachin Ahoga; Kova Gregoire Ahossin; Aka Pierre Ahoua; Koffi Noel Ahoua; Adia Ahoulou Guy Huston De Lacosta Ahoussi; Adje Lazare Ahoze; Vincent Aime; Abel Aka; Abli Etienne Aka; Alfred Aka; Al Langba Bernard Aka; Assohoun Raymond Aka; Bognini Aka; Koua Aka Niangra Joseph Aka; Ohouman Venance Aka; Wedje Denis

Aka Soumahin Joseph Akohi; Kraidi Marcelin Akredi; Kouame Alla Aka Jaques Allangba; Kouassi Jerome Allangba; Amon Jean Baptiste Alloua N.; Anhobo Ernest Allouan; Wognin Seraphin Allouan; Ayenou Alphonse Alou; Damo Alou; Diakite Amadou Essi Alphonse Amangoua; Kouame Ambroise Amangoua; Vanga Jacques Amangoua; Kouassi Arsene Amani; Demele Amara; Kone Amara; Adouko Amon; Baka Amon; Kadjo Am On; Kadjo Blai Amon Elidje Ampoh; Bangoura Amsoumany; Denis Angbeni; Elloh Blaise Anibe; Holy Leon Anibe; N'taye Jacques Clotaire Anibe N'taye Marc Anibe; Aka Marius Anoh; Anoh Felix Anoh; Kraidi Etienne Anoh; Ngatta Anoh; Niamke Anoma; Aka Emmanuel Ass Ale Motche Assale; Bissie Bruno Assamoi; Koffi Assamoi Vanga Assamoi; Kraiody Thomas Assemien; N'choh Assemien Anguie Jean Claude Assi; Yebi Daniel Assi; Kouamelan Joseph Assohoun; Dominique Assongba; Gbetondji Assouan; Otchoumou Mathias Assouhoun; Bom Oi Ateke; Yapo Jean Atsain; Anon Joseph Atse; Adepo Attie; Abeu Julien Aye, Plaintiffs—Appellees,

v.

AMVAC Chemical Corporation,
a California corporation,
Defendant,

Shell Oil Company, a Delaware corporation; Dole Food Company, Inc., a Delaware corporation; Dole Fresh Fruit Company, a Nevada corporation; Standard Fruit Co., a California corporation; Standard Fruit & Steamship Co., a Delaware corporation, Defendants,

and

DOW Chemical Company, a Delaware corporation, Defendant—
Appellant.

Kallilou Diarrassouba; Hado Diatin; Djakaridja Diourie Irissa Dipama; Vonan Marcel Djaidji; Jean Djamble; Diakiro Djibougou; Camara Djibril; Edja Djiriko; N'gatta Georges Djonwan, Lebenidiou Dolo; Idrissa Doulkom; Amadou Doumbia Bourlaye Doumbia; Chio Doumbia; Dable Douti; Aka Ehive Assale Ehole; Assemien Ehoussou; Able Pierre Ekra; Moh Andre Elidje; Germain Ello; Vangah Elloh; Adjroufou Maurice Essey Etkeri Etekri; Kouassi Ives Francois Xavier Eya; Kassouri Fane; Yao Benjamin Foto; Ousmane Ganame; Moctar Gansagne Kouakou Ganzan; Konate Lamine Gnamy; Laya Boniface Gniminou Adama Kone Gomon; Zila Guel; Ablasse Guiatin; Edmond Guiatin; Kouka Guiatin; Lamoussa Guiatin; Ousmane Guiatin Yaya Guiatin; Hamidou Guire; Soumaila Guire; Tassare Guire Kpale Jules Hahoba; Seini Baba Hamadou; Bomane Hebie; Barbey Hema; Hanou Francois Hema; Mouonnoumon Hien; Winyel Hien Ahoua Arsene Holly; N'guessan Holly; Houa Teke Houa; Yehou Jules H. Ouetchemou; Innocent Houndonougbo; Dassamsso Ilboudo; Pagnimdi Ilboudo; Raogo Ilboudo; Tibyande Ilboudo Yabre Boureima Ilboudo; Koyate Issa; Traore Issa; Kpole Jean; Niangue Jean; Lancine Kabagate; Boureima Kabolom Boudnoma Kabore; Francois Xavier Kabo Re; Karin Kabore Mamadou Kabore Ousmane Kabore; Passigbamba Tassere Kabore Passingue Yaoba Kabore; Ratamalgda Alfred Kabore; Sibiri Kabore; Tibila Kabore; Toussaga Kabore; Sandaogo Kabre Kraidi Frederic Kacou; Nogbou David Kacou; N'tah Jules Kacou; N' Taye Emile

Kacou; Assohoun Yacinthe Armel Kadio Ahoulou Moise Kadjo; Ayemou Laurent Kadjo; Ayemou Raymond Kadjo; Miessan Denis Kadjo; Rene Kadjo; Vangah Kadjo; Tanga Rasmane Kafando; Amon Barthelemy Kakjo; Esse Kakou; Ompire Kambou; Mamadou Kanate, Plaintiffs—Appellees,

v.

AMVAC Chemical Corporation,
a California corporation,
Defendant,

Shell Oil Company, a Delaware corporation; Dole Food Company, Inc., a Delaware corporation; Dole Fresh Fruit Company, a Nevada corporation; Standard Fruit Co., a California corporation; Standard Fruit & Steamship Co., a Delaware corporation, Defendants,

and

DOW Chemical Company, a Delaware corporation, Defendant—
Appellant.

Aka Francois Kovassi; Kradi Marcelin Kredi; Baore Salif Laguempendo; Wennemi Laguempendo; Outtara Lamine; Keita Lassane; Abdoulaye Loure; Paul Macouima; Hamadou Maiga Diomande Mamadou, Outtara Mamadou; Ousseini Mande; Tano Jerome Mandessou; Soumaila Mariko; Diarassouba Matie; Kalfa Millogo; Sian Millogo; Mtikpon Fidele Minavoa; Kraidy Eugene Mossoun; Moh Mossoun; Mossoun Raymond Mossoun; Cisse Mourinou; Kone Moussa; Soumare Moussa; Kountombasba Nana Dibiri Dramane Nana; Tiga Boureima Nana; Tinga Gilbert Nana Tingra Nana; Rassablega Nanema; Yamba Nasere; Daogo Nasre Raogo Natama; Yabre Natama; Ousmane Nebie; Edmond Clement Timoleon Nebout; Anoh Alphonse N'gatta; Kouadio Eric N'goran; Bomouan Frederic N'guessan; Kokobo Etienne N'guessan; Assi Michel Niama Essy Niamien; Dangui Eloi Niamke; Ousmane Kone Nidiantien; Koudougou Francois Nikiema; Lougri Nikiema Tegawinde Denis Nikiema; Tiga Nikiema; Camara Ningou; Aka Raphael Nintin; Amo U. Nintin; Anoh Louis N'ko; Leon Nobou Kone; Siaka Kone; Souleymane Know; Soumaaila Kone; Tiekro Know; Yaky Kone; Zakaria Kone; Issa Konkisre; Yetassida Konkobo; Ibrahim Knota; Basga Korsaga; Kadjo Edmond Koua Kouassi Edmond Koua; Opokou Denis Koua; Marc Kouadio Atsain Peter Kouadjo; Koffi Hilaire Leon Louakou; Kouame Kouame; Kouassi Kouame; Michel Kouame; Raymond Kouame Ahimin Denis Kouamelian; Assemian Kouamilan; Antonin Kouassi; Ebia Paul Kouassi; Germain Ahou Kouassi; Nogbou Kouassi; Otron Severi N. Kouassi; Yao Djess Kouassi; Sanga George Kouassy; Bawaya Kouda; Zambende Koudougou; Aka Germain Koumelan; Adama Kouraogo; Rasmane Kouraogo; Soumane Kouraogo, Plaintiffs—Appellees,

v.

AMVAC Chemical Corporation,
a California corporation,
Defendant,

Shell Oil Company, a Delaware corporation; Dole Food Company, Inc., a Delaware corporation; Standard Fresh Fruit Company, a Nevada corporation; Standard Fruit and Steamship Company, a Delaware corporation, Defendants,

and

DOW Chemical Company, a Delaware corporation, Defendant—
Appellant.

Poupoin Jean Pimma; Dansine Plea; Achiedo Jonas Pokou Koukoua Francois Popouin; Soumalia Porgo; Issiaka Porogo Abdou Quedraogo; Gnissiri Ramde; Raogo Randwidi; Tienoko Sagnon, Traore Saidou; Irissa Sakande; Noraogo Salou; Moussa Samake; Idrissa Sana; Salfo Sana; Saoumaila Sana; Edmond Sanwidi; Irissa Sandwidi; Larba Hamado Sandwidi; Lebende Sandwidi; Nongma Sanwidi; Noufou Sandwidi; Ramane Sandwidi Saydou Sandwidi; Emmanuel Sanga; Abdoulaye Sangare; Adama Sangare; Birama Sangare; Brahima Sangare; Mamadou Sangare Salifou Sangare; Sidiki Sangare; Souleymane Sangare; Hamade Sankara; Marou Sankare; Lanoussa Sanke; Youssoufi Sanogo Kodjo Amboise Santin; Adama Sarba; Dariquio Ra Smane Savadogo; Karim Savodogo; Leonard Savogo; Ratogzita Marcel Savodogo; Ardoul Rahin Sawadogo; Hanidou Sawadogo; Issa Sawadogo; Ousseni Sawadogo; Palikidi Sawadogo; Raphael Sawadogo; Seidou Bodgo Sawadogo; Toukoumnogo Sawadogo; Yabre Hamado Sawadogo; Zanlem Karin Sawadogo; Moussa Sedogo Ouattara Seidou; Konta Sekou; Naud Serge; Kone Siaka Abdourahame Sidibe; Satigui Sidibe; Yaya Sidibe; Mamourou Sidibe; Berthe Sidiki; Moussa Simpore; Paki Nweogo Simpore Yamba Sinare; Toure Siramana; Dogobie Siribi E.; Lassina Siribie; Yaya Sidibe; Noufou Sodre; Sekou Sogodogo; Kissi Antoine Somahin; Samour Somda; Tikora Somda; Alfred Some Anyel Some; Beliyan Jean Pierre Some; Dar Some; Francois Xavier Some; Gnonouor Some; Kounyere Some; Wineyel Some Winidema Some; Salifou Sondo; Moussa Sore; Songda Sorgho Boureima Soro; Sidiki Soug-ue; Konate Souleymane; Lamine Outtara Souleymane; Boukare Soulga; Zoumana Soumahoro; Kone Soumaila; Jerome Tade; Bi Tah Rene Tah; Camara Tamba, Plaintiffs—Appellees,

v.

AMVAC Chemical Corporation, a California corporation, Defendant,

Shell Oil Company, a Delaware corporation; Dole Food Company, Inc., a Delaware corporation; Standard Fresh Fruit Company, a Nevada corporation; Standard Fruit And Steamship Company, a Delaware corporation, Defendants,

and

DOW Chemical Company, a Delaware corporation, Defendant—Appellant.

Nos. 06–56826, 06–56867, 07–55002, 07–55028, 07–55030, 07–55040, 07–55042.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 18, 2008.

Filed Aug. 20, 2008.

**30**

Raphael Metzger, Metzger Law Group, Long Beach, CA, for Plaintiffs–Appellees.

Robert G. Crow, Bornazian Jensen & Garthe, Oakland, CA, 50th., FL., Jones Day, Los Angeles, CA, for Defendant.

Michael L. Brem, Schirrmeister Diaz–Arrastia Brem LLP, Houston, TX, Edwin V. Woodsome, Jr., Lawrence P. Riff, Steptoe & Johnson, FAX, Orrick Herrington & Sutcliffe, LLP, Frederick L. McKnight, Los Angeles, CA, for Defendant–Appellant.

Before: HALL and RYMER, Circuit Judges, and McNAMEE,* District Judge.

### MEMORANDUM **

The Dow Chemical Company and Shell Oil Company removed this tort action brought in California state court by Georges Ayemou and numerous co-workers (collectively, "Ayemou"). Ayemou is a foreign national who alleges exposure to 1, 2–dibromo–3–chloropropane (DBCP), a nematocide used on banana and pineapple plantations in the Ivory Coast, and damages, caused by Dow and Shell, both Delaware corporations, as well as two California corporations, Amvac Chemical Corporation, and Standard Fruit Company, a Dole entity.[1] As a diversity action may be removed only when there is no in-state defendant under 28 U.S.C. § 1441(b)—commonly called the "forum defendant rule"—Dow asserted in its Notice of Removal that the California parties were fraudulently joined. Within a few days of removal, the district court *sua sponte* found no fraudulent joinder, and remanded the case to state court.

Dow has timely appealed, arguing that the district court exceeded its authority in acting *sua sponte* to remand for an alleged procedural defect in the Notice of Removal. Our precedent compels us to agree. Following *Quackenbush v. Allstate Ins. Co.*, 517 U.S. 706, 116 S.Ct. 1712, 135 L.Ed.2d 1 (1996), we decided in *Kelton Arms Condominium Owners Ass'n v. Homestead Ins. Co.*, 346 F.3d 1190, 1191 (9th Cir.2003), that §§ 1447(c) and (d) bar appellate review of a remand order only if the district court had authority to remand under § 1447(c). Conversely, if the district court remanded under its § 1447(c) authority, we would lack jurisdiction to

---

* The Honorable Stephen M. McNamee, Senior United States District Judge for the District of Arizona, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. Virtually identical complaints were filed in six other actions in state court, which were also removed: *Tanoh*, No. 06–56867; *Kangah*, No. 07–55002; *Abagninin*, No. 07–55028; *Diarrassopuba*, No. 07–55030; *Kovassi*, No. 07–55040; *Pimma*, No. 07–55042. Remand orders identical to the order in *Ayemou* were entered in each. A motion to remand was filed in the other actions, but the court's orders state that remand is *sua sponte.* The actions were consolidated for purposes of appeal, and are treated as one, under the *Ayemou* lead, by the parties.

review the order. *See Powerex Corp. v. Reliant Energy Services, Inc.*, 551 U.S. 224, 127 S.Ct. 2411, 2416, 168 L.Ed.2d 112 (2007) (assuming that appellate review remains limited to remands based on the grounds specified in *Quackenbush* ). In *Lively v. Wild Oats Markets, Inc.*, we determined that a district court does not have authority to remand *sua sponte* on account of the forum defendant rule because this rule is not a jurisdictional limitation that may be invoked *sua sponte* but is, instead, a waivable, procedural requirement. 456 F.3d 933, 938–41 (9th Cir.2006). Thus, we concluded that § 1447(d) does not bar review of a *sua sponte* removal order based on a violation of the forum defendant rule, as the forum defendant rule is non-jurisdictional. *Id.* at 936. It follows that the district court in this case exceeded its authority under § 1447(c) by ordering a remand *sua sponte*.

Ayemou points out that this is not a case where he is trying to avoid federal court given that he is also a plaintiff in an action filed in the Central District of California asserting federal jurisdiction over claims arising under the Alien Tort Statute. He also posits that *Lively* and *Kelton Arms* are distinguishable because the court here based its *sua sponte* remand on a factual record that established Ayemou was not willing to waive the procedural defect, and indicated that Dow could not show fraudulent joinder. Apart from fraudulent joinder, on which Dow did make a showing, we do not understand what factual record Ayemou refers to.[2] So far as appears, the

court acted *sua sponte* based only on the Notice of Removal.

More seriously, Ayemou contends that we lack jurisdiction to review the district court's substantive findings that Dole and Amvac were properly, and not fraudulently, joined, as Dow would like us to do. In the same vein, Ayemou asks us to affirm the remand order on the alternative footing that Dow failed to show that each plaintiff had a chance of recovering at least $75,000. We decline the invitations of both parties. Whether or not we could go further (something we do not decide), we would not do so here because meaningful appellate review is not possible on either issue—fraudulent joinder or amount in controversy—on the record as it stands.

Accordingly, we vacate the *sua sponte* remand order as being without authority, and remand to the district court for further proceedings.

**VACATED AND REMANDED.**

---

**2.** Ayemou suggested at oral argument that an "Objection" to the Notice of Removal that he filed should have alerted the district court to his position that remand was indicated. We cannot see how, and Ayemou fails to explain why an "Objection," rather than the statutorily prescribed procedure of a motion to remand, should have consequence. Regardless,

Ayemou still had time left in which to file a motion to remand on the basis of a non-jurisdictional defect under § 1447(c) when the district court preempted that process by its *sua sponte* ruling. We express no opinion on the effect, if any, this has on further proceedings.